## Commonwealth v. Twiggs, Appellant.

Submitted December 6, 1974. *Richard Farber, Andrea Commaker Levin,* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Harry M. Spaeth, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Urello, Appellant.

Submitted December 2, 1974. *Robert W. Brown* and *James B. Martin,* Assistant Public Defenders, for appellant; *James Knoll Gardner,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Order affirmed.